John Franklin Hockett, Plaintiff-Appellant, v. Mary Elizabeth Hockett, Defendant-Appellee.

Gen. No. 69–104. ■

Fifth District.

August 27, 1970.

Meyer & Meyer, of Greenville, for appellant; James E. Buchmiller, of Greenville, for appellee. Opinion by PER CURIAM. Not to be published in full.